UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRITTANY SHAY LEWIS,<br><br>                           Plaintiff,<br><br>      -against-<br><br>CHRISTOPHER MAURISE BROWN,<br><br>                          Defendant. | 25-cv-3601 (LTS)<br><br>CIVIL JUDGMENT |

      For the reasons stated in the September 19, 2025, order, this action is dismissed without prejudice.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 22, 2025
            New York, New York

                                          /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                      Chief United States District Judge